## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| WCSE MONTANE LIMITED | ) | Case No. 09-18752 |
| PARTNERSHIP, *et al.*, | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Hon. Jacqueline P. Cox |

### ORDER DISMISSING DEBTORS' CASES

Upon consideration of the motion ("Motion") of WCSE Montane Limited Partnership,

CF Montane SLP, LLC, and CF Montane LP, LLC (collectively, the "Debtors") requesting the

dismissal of their chapter 11 cases pursuant to 11 U.S.C. § 1112(b); the Debtors having

previously filed a motion to compromise their disputes with various parties in connection with

the lawsuit that necessitated the filing of the Debtors' cases ("Compromise Motion"); this Court

having separately entered an order allowing the Compromise Motion; finding that notice of the

Motion was appropriate and sufficient under the circumstances; and finding that sufficient cause

appears therefor; it is hereby ORDERED:

1.　　The Motion is allowed.

2.　　The Debtors' cases are hereby dismissed pursuant to 11 U.S.C. § 1112.

3.　　This Order shall be effective and enforceable immediately upon entry.

ENTER: *Jacqueline P. Cox*

Dated: *Sept. 1, 2009*

_____
Jacqueline P. Cox
United States Bankruptcy Judge

{7108 ORD A0237390.DOC}